FILED
CLERK, U.S. DISTRICT COURT

12/17/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED20MJ00666

| | |
|---|---|
| United States of America PLAINTIFF(S) <br> v. <br> Matthew P. Hernandez <br> DEFENDANT(S). | CASE NUMBER <br> 20cr3665JLS <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: **the FBI**
in the **Southern** District of **California** on **11/17/2020**
at **2:16** ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about **11/17/2020**
in violation of Title **18, 28** U.S.C., Section(s) **1343, 981(a)(1)(C), 2461(c)**
to wit: **Wire Fraud and Criminal Forfeiture**

A warrant for defendant's arrest was issued by: **John Morrill (Clerk of the Court) and The Honorable Andrew G. Schopler**

Bond of $ **No Bail** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/17/2020**
Date

_Travis Rankin_ (signature)
Signature of Agent

Travis Rankin
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)     DECLARATION RE OUT-OF-DISTRICT WARRANT