Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
12/17/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ED20MJ00666

UNITED STATES OF AMERICA
v.
Matthew P. Hernandez

PLAINTIFF

USMS# _____

DEFENDANT

CASE NUMBER: 20cr36655LS

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/17/2020 at 7:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1343 - Wire Fraud   18 USC 981(a)(1)(C) 28 USC 2461(c) - Criminal Forfeiture

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☐ Yes   Language: _____

7. Year of Birth: 1975

8. Defendant has retained counsel:  ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Travis Rankin (please print)

12. Office Phone Number: 310-569-6839

13. Agency: FBI

14. Signature: Travis Rankin

15. Date: 12/17/2020

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION